Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington Residents, and ERIC HOFF; a Washington Resident,<br><br>Defendants. | NO. 2:21-cv-01501-TLF<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES** |

THIS MATTER having come before the Court on Plaintiff Integon Preferred Insurance Company, Defendant Eric Hoff, and Defendants Daniel and Elizabeth Wilcox's Second Stipulated Motion to Extend Time re: Initial Scheduling Dates ("Motion"), and the Court having reviewed the Motion and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that

The Initial Scheduling Dates shall be extended to the following:

[PROPOSED] ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES - 1

7533680.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

| Event | New Deadline |
|---|---|
| FRCP 26(f) Conference | February 28, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | March 7, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | March 14, 2022 |

ENTERED on this 27th day of January, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

[PROPOSED] ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7533680.1