The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>DANIEL WILCOX and ELIZABETH WILCOX, Washington Residents, and ERIC HOFF; a Washington Resident,<br><br>　　　　　Defendants. | NO. 2:21-cv-01501-TLF<br><br>**ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES** |
| DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>　　　　　Counterclaimants,<br>　　v.<br>INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　Counter-defendant. | |
| DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>　　　　　Third-Party Plaintiffs,<br>　　v.<br>ROBERT W. WARREN, ATTORNEY AT LAW, PLLC, a Washington professional limited liability company dba WRIXTON LAW OFFICE; and SMITH FREED EBERHARD, P.C., a foreign professional services corporation,<br><br>　　　　　Third-Party Defendants. | |

[PROPOSED] ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES - 1

7543242.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

THIS MATTER having come before the Court on Plaintiff Integon Preferred Insurance Company, Defendant Eric Hoff, and Defendants Daniel and Elizabeth Wilcox's Third Stipulated Motion to Extend Time re: Initial Scheduling Dates ("Motion"), and the Court having reviewed the Motion and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that

The Initial Scheduling Dates shall be extended to the following:

| Event | New Deadline |
| --- | --- |
| FRCP 26(f) Conference | March 28, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | April 4, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | April 11, 2022 |

ENTERED on this 17th day of February 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

[PROPOSED] ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES - 2

7543242.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600