Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington Residents, and ERIC HOFF; a Washington Resident,<br><br>    Defendants. | NO.  2:21-cv-01501-BJR<br><br>**ORDER GRANTING *IN PART* STIPULATED MOTION TO MODIFY THE ORDER SETTING TRIAL DATE AND RELATED CASE DATES/DEADLINES**<br><br>✓*Clerk's Action Required* |
| DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>    Counterclaimants,<br><br>  v.<br><br>INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>    Counter-Defendant. | |
| DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>ROBERT W. WARREN, ATTORNEY AT LAW, PLLC, a Washington professional limited liability company dba WRIXTON LAW OFFICE; and SMITH FREED EBERHARD, P.C., a foreign professional services corporation,<br><br>    Third-Party Defendants. | |

ORDER GRANTING STIPULATED MOTION TO MODIFY THE ORDER SETTING TRIAL DATE AND RELATED CASE DATES/DEADLINES - 1

(USDC Case #2:21-cv-01501-BJR)

7614752.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

THIS MATTER came before the Court upon Plaintiff/Counter-Defendant Integon Preferred Insurance Company's ("Integon") Stipulated Motion to Modify the Order Setting Trial Date and Related Case Dates/Deadlines ("Stipulated Motion"). The Court has reviewed the materials submitted in support of the Stipulated Motion, and concludes that the parties have failed to present good (or any) cause supporting an extension of the Expert Discovery deadline by over two months, and of the Dispositive Motions deadline by nearly two months; and further, that extension of the Dispositive Motions deadline as requested would potentially not allow adequate time for a ruling on any such motion(s) before the occasion of certain pretrial deadlines. Nevertheless, the Court grants a limited extension of the deadlines, as set forth below.

IT IS FURTHER ORDERED that the following Dates and Deadlines shall be entered by the Clerk of the Court; and that the Clerk will update the Case Docket to reflect these newly-agreed upon Case Dates and Deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| JURY TRIAL DATE | April 3, 2023 | No Change |
| Deadline for Joining Additional Parties | May 11, 2022 | No Change |
| Deadline for Filing Amended Pleadings | May 23, 2022 | No Change |
| Reports from Expert Witnesses under FRCP 26(a)(2) due | September 9, 2022 | October 7, 2022 |
| Factual Discovery completed by | October 5, 2022 | October 15, 2022 |
| Expert Discovery completed by | October 5, 2022 | November 2, 2022 |
| All Dispositive Motions must be Filed by | November 4, 2022 | November 18, 2022 |

ORDER GRANTING STIPULATED MOTION TO MODIFY THE ORDER SETTING TRIAL DATE AND RELATED CASE DATES/DEADLINES - 2

(USDC Case #2:21-cv-01501-BJR)

7614752.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

| | | |
|---|---|---|
| All *Motions in Limine* must be Filed by | February 27, 2023 | No Change |
| Length of Jury Trial | 10 Days | No Change |

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

DATED this 1st day of July, 2022.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

/s/ *Sydney L. Haller, WSBA # 49681*
Eliot M. Harris, WSBA # 36590
Sydney L. Haller, WSBA # 49681
601 Union Street, Suite 4100
Seattle, WA 98101  Ph. (206) 628-6600
Email: eharris@williamskastner.com; and
shaller@williamskastner.com
***Attorneys for Plaintiff/Counter-Defendant Integon Preferred Insurance Company***

ORDER GRANTING STIPULATED MOTION TO MODIFY THE ORDER SETTING TRIAL DATE AND RELATED CASE DATES/DEADLINES - 3

(USDC Case #2:21-cv-01501-BJR)

7614752.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

Approved By:

| | |
|---|---|
| /s/ *Geoffrey J. Bridgman, WSBA #25242*<br>*(via Email Authority of 6/28/2022)*<br>Kari I. Lester, WSBA #28396<br>Geoffrey J. Bridgman, WSBA #25242<br>**OGDEN MURPHY WALLACE PLLC**<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164-2008  Ph: 206.447-7000<br>Email: klester@omwlaw.com ;<br>gbridgman@omwlaw.com;<br>pabbey@omwlaw.com and<br>sbordeaux@omwlaw.com<br>**Attorneys for Defendant Eric Hoff** | STRITMATTER KESSLER KOEHLER MOORE<br><br>/s/ *Brad J. Moore, WSBA #21802*<br>*(via Email Authority of 6/28/2022)*<br>Brad J. Moore, WSBA #21802<br>Daniel R. Laurence, WSBA #19697<br>Ruby K. Aliment, WSBA #51242<br>3600 15th Avenue West, Suite #300<br>Seattle, WA 98119  Ph. (206) 448-1777<br>Email: brad@stritmatter.com;<br>dan@stritmatter.com ; and<br>ruby@stritmatter.com<br>**Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs Daniel and Elizabeth Wilcox** |
| DAVIS ROTHWELL EARLE & XOCHIHUA PC<br><br>/s/ *Suzanne K. Pierce, WSBA #22733*<br>*(via Email Authority of 6/29/2022*<br>*from Timothy J. Farley, WSBA #18737)*<br>Suzanne K. Pierce, WSBA #22733<br>Rachel R. Tobias, WSBA #34111<br>701 Fifth Avenue, Suite 5500<br>Seattle, WA 98104  Ph. (206) 622-2295<br>Email: spierce@davisrothwell.com;<br>rtobias@davisrothwell.com; and<br>twhitney@davisrothwell.com<br>**Attorneys for Third-Party Defendant Smith Freed Eberhard PC** | FORSBERG & UMLAUF, P.S.<br><br>/s/ *Jeffrey T. Kestle, WSBA #29648*<br>*(via Email Authority of 6/28/2022)*<br>Jeffrey T. Kestle, WSBA #29648<br>Nicole T. Morrow, WSBA #51546<br>FORSBERG & UMLAUF, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>Telephone: (206) 689-8500<br>Email: jkestle@foum.law;<br>nmorrow@foum.law;<br>and lyndaha@foum.law<br>**Attorneys for Third-Party Defendant Robert W. Warren, Attorney at Law, PLLC, d/b/a Wrixton Law Office** |

ORDER GRANTING STIPULATED MOTION TO MODIFY THE ORDER SETTING TRIAL DATE AND RELATED CASE DATES/DEADLINES - 4

(USDC Case #2:21-cv-01501-BJR)

7614752.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600