Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington Residents, and ERIC HOFF; a Washington Resident,<br><br>    Defendants. | NO.  2:21-cv-01501-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR TRIAL CONTINUANCE**<br><br>✓*Clerk's Action Required* |
| DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>    Counterclaimants,<br><br>    v.<br><br>INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>    Counter-Defendant. | |
| DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>ROBERT W. WARREN, ATTORNEY AT LAW, PLLC, a Washington professional limited liability company dba WRIXTON LAW OFFICE; and SMITH FREED EBERHARD, P.C., a foreign professional services corporation,<br><br>    Third-Party Defendants. | |

ORDER GRANTING TRIAL CONTINUANCE - 1

(USDC Case #2:21-cv-01501-BJR)

7640288.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

THIS MATTER having come before the Court upon the Parties' Stipulated Motion for Trial Continuance, the Court ORDERS that the Stipulated Motion for Trial Continuance is GRANTED.

IT IS FURTHER ORDERED that the following Dates and Deadlines shall be entered by the Clerk of the Court; and that the Clerk will update the Case Docket to reflect these newly-agreed upon Case Dates and Deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| JURY TRIAL DATE | April 3, 2023 | September 11, 2023 |
| Deadline for Joining Additional Parties | May 11, 2022 | No Change |
| Deadline for Filing Amended Pleadings | May 23, 2022 | September 30, 2022 |
| Reports from Expert Witnesses under FRCP 26(a)(2) due | October 7, 2022 | February 14, 2023 |
| Factual Discovery completed by | October 15, 2022 | March 1, 2023 |
| Expert Discovery completed by | November 2, 2022 | March 15, 2023 |
| All Dispositive Motions must be Filed by | November 18, 2022 | April 14, 2023 |
| All *Motions in Limine* must be Filed by | February 27, 2023 | August 7, 2023 |
| Length of Jury Trial | 10 Days | No Change |

//

//

//

ORDER GRANTING TRIAL CONTINUANCE - 2

(USDC Case #2:21-cv-01501-BJR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7640288.1

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

DATED this 24th day of August, 2022.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

**PRESENTED BY:**

| | |
|---|---|
| *s/ Eliot M. Harris* | */s/ Kari I. Lester* |
| Eliot M. Harris, WSBA #36590 | Kari I. Lester, WSBA #28396 |
| **WILLIAMS, KASTNER & GIBBS PLLC** | Geoffrey J. Bridgman, WSBA #25242 |
| 601 Union Street, Suite 4100 | **OGDEN MURPHY WALLACE PLLC** |
| Seattle, WA 98101-2380 | 901 Fifth Avenue, Suite 3500 |
| Tel:  (206) 628-6600 | Seattle, WA 98164-2008  Ph: 206.447-7000 |
| Fax:  (206) 628-6611 | Email: klester@omwlaw.com; |
| Email: eharris@williamskastner.com | gbridgman@omwlaw.com |
| ***Attorneys for Plaintiff/Counter-Defendant Integon Preferred Insurance Company*** | ***Attorneys for Defendant Eric Hoff*** |

| | |
|---|---|
| */s/ Suzanne K. Pierce* | */s/ Brad J. Moore* |
| Suzanne K. Pierce, WSBA #22733 | Brad J. Moore, WSBA #21802 |
| Rachel R. Tobias, WSBA #34111 | Daniel R. Laurence, WSBA #19697 |
| Timothy J. Farley, WSBA #18737 | Ruby K. Aliment, WSBA #51242 |
| **DAVIS ROTHWELL EARLE & XOCHIHUA PC** | **STRITMATTER KESSLER KOEHLER MOORE** |
| 701 Fifth Avenue, Suite 5500 | 3600 15th Avenue West, Suite #300 |
| Seattle, WA  98104  Ph.:  (206) 622-2295 | Seattle, WA  98119  Ph. (206)  448-1777 |
| Email:  spierce@davisrothwell.com; rtobias@davisrothwell.com; tfarley@davisrothwell.com | Email:  brad@stritmatter.com; dan@stritmatter.com; and ruby@stritmatter.com |
| ***Attorneys for 3rd-Party Defendant Smith Freed Eberhard PC*** | ***Attorneys for Defendants/Counterclaimants and 3rd-Party Plaintiffs Daniel & Elizabeth Wilcox*** |

ORDER GRANTING TRIAL CONTINUANCE - 3

(USDC Case #2:21-cv-01501-BJR)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7640288.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*/s/ Jeffrey T. Kestle*
Jeffrey T. Kestle, WSBA #29648
Nicole T. Morrow, WSBA #51546
**FORSBERG & UMLAUF, P.S.**
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Telephone:  (206) 689-8500
Email:  jkestle@foum.law;
nmorrow@foum.law
***Attorneys for 3rd-Party Defendant Robert W. Warren, Attorney at Law, PLLC, d/b/a Wrixton Law Office***

ORDER GRANTING TRIAL CONTINUANCE - 4

(USDC Case #2:21-cv-01501-BJR)

7640288.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600