HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEGON PREFERRED INSURANCE
COMPANY, a foreign corporation,

                    Plaintiff,

v.

DANIEL WILCOX and ELIZABETH
WILCOX, Washington residents; and ERIC
HOFF; a Washington resident,

                    Defendants.

DANIEL WILCOX and ELIZABETH
WILCOX, Washington residents,

                    Counterclaimants,

v.

INTEGON PREFERRED INSURANCE
COMPANY, a foreign corporation,

                    Counter-defendant.

NO.  2:21-cv-01501-BJR

**ORDER GRANTING STIPULATED
MOTION TO FILE AMENDED
ANSWER, COUNTERCLAIMS, AND
THIRD-PARTY COMPLAINT**

DANIEL WILCOX and ELIZABETH
WILCOX, Washington residents,

> Third-Party Plaintiffs,

v.

ROBERT W. WARREN, ATTORNEY AT
LAW, PLLC, a Washington professional
limited liability company dba WRIXTON
LAW OFFICE; and SMITH FREED
EBERHARD, P.C., a foreign professional
services corporation,

> Third-Party Defendants.

Before the Court is the parties' Stipulated Motion to File Amended Answer,
Counterclaims, and Third-Party Complaint ("Stipulated Motion"). Dkt. No. 71. The Court,
having reviewed the Stipulated Motion and being fully apprised of all relevant matters,
HEREBY ORDERS that the Stipulated Motion is GRANTED.  The Amended Answer,
Counterclaims, and Third-Party Complaint, attached as Exhibit 1B to the Stipulated Motion shall
be filed.

DATED THIS 28th day of September 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge