HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington residents; and ERIC HOFF; a Washington resident,<br><br>　　　　　　　Defendants.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>　　　　　　　Counterclaimants,<br><br>v.<br><br>INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　Counter-defendant. | NO. 2:21-cv-01501-BJR<br><br>**DECLARATION OF RUBY K. ALIMENT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT BY THIRD-PARTY PLAINTIFFS DANIEL WILCOX AND ELIZABETH WILCOX** |

DECLARATION OF RUBY K. ALIMENT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT BY THIRD- PARTY PLAINTIFFS DANIEL WILCOX AND ELIZABETH WILCOX - 1

|  |  |
|---|---|
| 1 | DANIEL WILCOX and ELIZABETH WILCOX, Washington residents, |
| 2 | |
| 3 | Third-Party Plaintiffs, |
| 4 | v. |
| 5 | ROBERT W. WARREN, ATTORNEY AT LAW, PLLC, a Washington professional limited liability company dba WRIXTON LAW OFFICE; and SMITH FREED EBERHARD, P.C., a foreign professional services corporation, |
| 6 | |
| 7 | |
| 8 | Third-Party Defendants. |

I, Ruby K. Aliment, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am above the age of 18, am competent to be a witness, and make this declaration based upon my personal knowledge. I am an attorney for third-party plaintiffs Daniel Wilcox and Elizabeth Wilcox.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Daniel Lee Wilcox.

3. Attached as **Exhibit 2** is a true and correct copy of the Order Granting Plaintiff's Motion to Strike and Denying Defendants Wilcox's Motion to Vacate Entry of Judgment in Snohomish County Cause No. 20-2-00372-31.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the deposition of Robert Wrixton Warren.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition of Elizabeth ("Lisa") Wilcox.

DECLARATION OF RUBY K. ALIMENT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT BY THIRD- PARTY PLAINTIFFS DANIEL WILCOX AND ELIZABETH WILCOX - 2

6.  Attached as **Exhibit 5** is a true and correct copy of the letter from Robert Warren to National General/Integon Claims Adjuster dated February 5, 2020.

7.  Attached as **Exhibit 6** is a true and correct copy of the representation letter from Cliff Wilson to National General/Integon dated February 23, 2021.

8.  Attached as **Exhibit 7** is a true and correct copy of the representation letter from Cliff Wilson to Daniel Wilcox dated February 24, 2021.

9.  Attached as **Exhibit 8** is a true and correct copy of excerpts of the deposition of Clifford Wilson.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the deposition of Joyce L. Fung.

11. Attached as **Exhibit 10** are true and correct copies of April 2021 emails between SFE and the Wilcoxes.

12. Attached as **Exhibit 11** is a true and correct copy of the email from Lisa Wilcox to Joyce Fung on May 3, 2021.

13. Attached as **Exhibit 12** is a true and correct copy of the transcription of the October 6, 2021 Motion Hearing to Vacate Default Judgment.

Dated this 12th day of January, 2023, in Seattle, WA.

STRITMATTER KESSLER KOEHLER MOORE

_/s/ Ruby Aliment_
RUBY K. ALIMENT, WSBA #51242
Counsel for Defendants/Counterclaimants/Third-Party Plaintiffs Wilcox

DECLARATION OF RUBY K. ALIMENT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT BY THIRD- PARTY PLAINTIFFS DANIEL WILCOX AND ELIZABETH WILCOX - 3

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED at Seattle, Washington, this 12th day of July, 2023.

_____
Patti Sims, Paralegal
pattis@stritmatter.com

DECLARATION OF RUBY K. ALIMENT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT BY THIRD- PARTY PLAINTIFFS DANIEL WILCOX AND ELIZABETH WILCOX - 4

STRITMATTER KESSLER KOEHLER MOORE
3600 15th Ave W, #300 | Seattle, WA 98119
Tel: 206-448-1777