Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, and ERIC HOFF,<br><br>Defendants. | NO. 2:21-cv-01501-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME RE: EXPERT DISCOVERY DEADLINE AS TO KEVIN QUINLEY ONLY** |
| DANIEL WILCOX and ELIZABETH WILCOX,<br><br>Counterclaimants,<br><br>v.<br><br>INTEGON PREFERRED INSURANCE COMPANY,<br><br>Counter-Defendant. | |
| DANIEL WILCOX and ELIZABETH WILCOX,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ROBERT W. WARREN, ATTORNEY AT LAW, PLLC, dba WRIXTON LAW OFFICE; and SMITH FREED EBERHARD, P.C.,<br><br>Third-Party Defendants. | |

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME RE: EXPERT DISCOVERY DEADLINE AS TO KEVIN QUINLEY ONLY- 1   (USDC Case #2:21-cv-01501-BJR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1    THIS MATTER having come before the undersigned Judge in the above-captioned case,
2 upon this Stipulated Motion to Extend Time Re: Expert Deadline as to Kevin Quinley Only, and
3 the Court having considered the documents on file for this case and the motion before it.
4 The Court, being fully apprised in the matter, now, therefore, orders as follows:

5    IT IS HEREBY ORDERED that the Stipulated Motion to Extend Time Re: Expert
6 Deadline as to Kevin Quinley only is GRANTED. The Court finds good cause to extend the
7 deadline to March 30, 2023 as to Kevin Quinley only, to allow time for the deposition of Kevin
8 Quinley.

9    DATED this 2nd day of March, 2023.

*Barbara J. Rothstein* (signature)

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME
RE: EXPERT DISCOVERY DEADLINE AS TO KEVIN QUINLEY
ONLY- 2   (USDC Case #2:21-cv-01501-BJR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600