HONORABLE BARBARA J. ROTHSTEIN
Noted for Consideration: Friday, July 28, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>               Plaintiff,<br><br>v.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington residents; and ERIC HOFF; a Washington resident,<br><br>               Defendants.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>               Counterclaimants,<br><br>v.<br><br>INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>               Counter-defendant. | NO. 2:21-cv-01501-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTIONS IN LIMINE AND JOINT PRETRIAL STATEMENT** |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 1

| | |
|---|---|
| 1 | DANIEL WILCOX and ELIZABETH WILCOX, Washington residents, |
| 2 | |
| 3 | Third-Party Plaintiffs, |
| 4 | v. |
| 5 | ROBERT W. WARREN, ATTORNEY AT LAW, PLLC, a Washington professional limited liability company dba WRIXTON LAW OFFICE; and SMITH FREED EBERHARD, P.C., a foreign professional services corporation, |
| 6 | |
| 7 | |
| 8 | Third-Party Defendants. |

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Extend Deadline to File Motions in Limine, the Court ORDERS that the Stipulated Motion to Extend Deadline to File Motions in Limine is GRANTED.

IT IS FURTHER ORDERED that the following Dates and Deadlines shall be entered by the Clerk of the Court; and that the Clerk will update the Case Docket to reflect these newly-agreed upon Case Dates and Deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Motions in Limine | August 7, 2023 | August 14, 2023 |
| Responses to MILs | August 21, 2023 | August 28, 2023 |
| Joint Pretrial Statement | August 8, 2023 | August 15, 2023 |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 2

1   In addition, the Final Pretrial Conference is rescheduled to 10:00AM PST on August 29,

2   2023. The Conference will be held remotely and the Courtroom Deputy will provide login

3   credentials at a later date.

4   The Clerk of the Court is directed to forward copies of this Order to all counsel and

5   parties of record.

6   DATED this 28th day of July, 2023.

_____
Barbara J. Rothstein
United States District Judge

**PRESENTED BY:**

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 3

| | |
|---|---|
| *s/ Eliot M. Harris* | *s/ Geoffrey J. Bridgman* |
| Eliot M. Harris, WSBA # 36590 | Geoffrey J. Bridgman, WSBA #25242 |
| Bethany Nolan, WSBA # 55788 | Kari I. Lester, WSBA #28396 |
| **WILLIAMS, KASTNER & GIBBS PLLC** | **OGDEN MURPHY WALLACE, PLLC** |
| 601 Union Street, Suite 4100 | 901 Fifth Avenue, Suite 3500 |
| Seattle, WA 98101-2380 | Seattle, Washington 98164-2008 |
| Tel: (206) 628-6600 | Tel: (206) 447-7000 |
| Fax: (206) 628-6611 | Fax: (206) 447-0215 |
| Email: eharris@williamskastner.com | E-mail: gbridgman@omwlaw.com |
| bnolan@williamskastner.com | klester@omwlaw.com |

*Attorneys for Plaintiff/Third-Party Defendant Integon Preferred Insurance Company*

*Attorneys for Defendant Hoff*

| | |
|---|---|
| *s/ Daniel R. Laurence* | *s/ Jeffrey T. Kestle* |
| Brad J. Moore, WSBA #21802 | Jeffrey T. Kestle, WSBA #29648 |
| Daniel R. Laurence, WSBA #19697 | Nicole T. Morrow, WSBA #51546 |
| Shannon M. Kilpatrick, WSBA #41495 | **FORSBERG & UMLAUF, P.S.** |
| **STRITMATTER KESSLER KOEHLER MOORE** | 901 Fifth Avenue, Suite 1400 |
| 3600 15th Avenue West, Suite 300 | Seattle, WA 98164 |
| Seattle, WA  98119 | Telephone: (206) 689-8500 |
| Phone:  206-448-1777 | Email: jkestle@foum.law |
| Email:  brad@stritmatter.com | nmorrow@foum.law |
| dan@stritmatter.com | |
| shannon@stritmattre.com | |

*Attorneys for 3rd-Party Defendant Robert W. Warren, Attorney at Law, PLLC, d/b/a Wrixton Law Office*

*Attorneys for Defendants/ Counterclaimants/Third-Party Plaintiffs Wilcox*

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 4