HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL WILCOX and ELIZABETH WILCOX, Washington residents; and ERIC HOFF; a Washington resident,<br><br>　　　　　　Defendants. | NO. 2:21-cv-01501-BJR<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS** |
| DANIEL WILCOX and ELIZABETH WILCOX, Washington residents,<br><br>　　　　　　Counterclaimants,<br><br>v.<br><br>INTEGON PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　Counter-defendant. | |

1

|    |                                                                                                                                                                                                                                                              |
|----|---|
| 1  | DANIEL WILCOX and ELIZABETH WILCOX, Washington residents, |
| 2  |  |
| 3  | Third-Party Plaintiffs, |
| 4  | v. |
| 5  | ROBERT W. WARREN, ATTORNEY AT LAW, PLLC, a Washington professional limited liability company dba WRIXTON LAW OFFICE; and SMITH FREED EBERHARD, P.C., a foreign professional services corporation, |
| 6  |  |
| 7  |  |
| 8  | Third-Party Defendants. |
| 9  |  |

10  THIS MATTER came before the Court for consideration on the Joint Motion to Stay
11  Proceedings and/or to Certify for Appeal Certain Summary Judgment Orders. The Court has
12  considered that motion, to which no party is opposed, and deems itself fully advised. The Court
13  HEREBY ORDERS that the Joint Motion to Stay Proceedings and/or to Certify for Appeal Certain
14  Summary Judgment Orders is GRANTED, and all proceedings in this Court in this action are
15  STAYED pending resolution of appeal to the Ninth Circuit. The following orders are certified for
16  appeal pursuant to Rule 54(b) of the Federal Rules of Civil Procedure:

17  (1) Order Granting Integon's Motion for Partial Summary Judgment on the
18  Wilcoxes' Extra-Contractual Claims (8/3/2023), Dkt. No. 159;

19  (2) Order Granting Integon's Motion for Partial Summary Judgment, (7/6/2023),
20  Dkt. No. 149; and

21  (3) Order Regarding the Wilcoxes' Motion for Partial Summary Judgment against
22  Smith Freed, Smith Freed's Motion for Summary Judgment against the Wilcoxes, and Smith
23  Freed's Motion to Exclude the Wilcoxes' Expert William Fuld (7/17/2023), Dkt. No. 153.

24

The parties shall file a joint status report within thirty days of resolution of the appeal to the Ninth Circuit.

DATED this 25th day of August, 2023.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

STRITMATTER KESSLER KOEHLER MOORE

s/ Brad J. Moore
BRAD J. MOORE, WSBA #21802

s/ Daniel R. Laurence
DANIEL R. LAURENCE, WSBA #19697

s/ Shannon M. Kilpatrick
SHANNON M. KILPATRICK, WSBA #41495

brad@stritmatter.com
dan@stritmatter.com
shannon@stritmatter.com

Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs Wilcox